UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG,

                Plaintiff,

-v-

WISH GROUP 1, LLC & WSH GROUP 1, LLC,

                Defendant.

22-CV-5949 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on August 15, 2022 and counsel for Defendants appeared on September 7, 2022. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by October 28, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                J. PAUL OETKEN
                                          United States District Judge