# EXHIBIT C

| Category | Issues | Pages | Benchmark |
|---|---|---|---|
| Overall Quality | | 225 pages with quality issues | 39% have issues, worse than average |
| Errors | | 216 pages with broken links or other errors | 38% have issues, worse than average |
| Accessibility | | 106 pages with accessibility problems | 19% have issues, better than average |
| Compatibility | | 101 pages with browser specific issues | 18% have issues, worse than average |
| Standards | | 215 pages have W3C standards issues | 38% have issues, worse than average |
| Totals | | 579 pages and files checked | |

**Pages with Issues**

100%

0%

Mar 29   Nov 14   Nov 22
09:41    18:39    16:37

Key
- Priority 1
- Priority ≥ 2

This tab shows site quality issues, including broken links and server configuration problems.

- ⊗ **Broken links** - Some pages contain links that don't work.
- ⊗ **Server configuration** - Issues found.
- ✓ ASP, ASP.NET and PHP script errors - No issues found.
- ✓ Internet RFCs - No issues found.

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 1

8 issues on 216 pages

| | Description | Guideline | Count |
|---|---|---|---|
| ● | The page could not be scanned for links because it doesn't look like HTML. | Blocked Links | 1 pages |
| ● | This image has the wrong file extension or mime type. | Broken Link | 2 pages |
| ● | This `img` links to a file with the wrong MIME type for an image. | Server Configuration | 1 pages |
| ● | This link is broken. The link target could not be loaded due to an HTTP error. | Broken Link | 1 pages |
| ● | This link is broken. The page could not be found on the target web server. | Broken Link | 22 pages |
| ● | This link is broken. The `src` or `href` is an empty string. | Broken Link | 18 pages |
| ● | This link is broken. The target web server is unreachable or no longer running at this URL. | Broken Link | 1 pages |
| ● | This page contains some spelling errors. | | 3 pages |

## Informative

These messages are for information only and do not indicate errors

| | Description | Guideline | Count |
|---|---|---|---|
| ○ | Some links were not visited because they were blocked by a ROBOTS.TXT file. | Blocked Links | 14 pages |

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

Level    WCAG 2.0    Section 508 - 2017           Key

A        ●         ●          ● Pages with level A issues are unusable for some people

AA       ◐         ◐          ◐ Pages with level AA issues are very difficult to use

AAA     ◐                  ◐ Pages with level AAA issues can be difficult to use

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

27 issues on 106 pages

| | | | |
|---|---|---|---|
| ● | Absolute CSS positioning can make pages unreadable when style sheets are turned off. | WCAG 2.0 A F1<br>Section 508 (2017) A F1 | 1 pages |
| ● | All `onclick` handlers should have an equivalent `onkeyup` or `onkeydown` handler. | WCAG 2.0 A F54<br>Section 508 (2017) A F54 | 96 pages |
| ● | All `onmouseout` handlers should have an equivalent `onblur` handler. | WCAG 2.0 A F54<br>Section 508 (2017) A F54 | 96 pages |
| ● | All `onmouseover` handlers should have an equivalent `onfocus` handler. | WCAG 2.0 A F54<br>Section 508 (2017) A F54 | 96 pages |
| ● | `alt` text should not be an image file name. | WCAG 2.0 A F30<br>Section 508 (2017) A F30 | 3 pages |
| ● | `alt` text should not contain placeholders like 'picture' or 'spacer'. | WCAG 2.0 A F30<br>Section 508 (2017) A F30 | 2 pages |
| ● | `area` elements must have an `alt` attribute. | WCAG 2.0 A F65<br>Section 508 (2017) A F65 | 9 pages |
| ● | CSS has been used to make an element blink, and there's no way the user can turn this off. This causes severe problems for people with attention deficit disorders. Affects Firefox and Opera only. | WCAG 2.0 A F4<br>Section 508 (2017) A F4 | 1 pages |
| ● | Document `title` must not be blank. | WCAG 2.0 A F25<br>Section 508 (2017) A F25 | 58 pages |
| ● | Each `a` element must contain text or an `img` with an `alt` attribute. | WCAG 2.0 A F89<br>Section 508 (2017) A F89 | 96 pages |
| ● | | WCAG 2.0 A F65<br>Section 508 (2017) A F65 | 6 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ● | Figures and images in PDF documents should have non blank ALT text, except for decorative images which should be marked as artifacts. | | |
| ● | Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation`. | WCAG 2.0 A F91<br>Section 508 (2017) A F91 | 96 pages |
| ● | `img` elements must have an `alt` attribute. | WCAG 2.0 A F65<br>Section 508 (2017) A F65 | 97 pages |
| ● | `input type=image` elements must have a descriptive `alt` attribute. | WCAG 2.0 A F65<br>Section 508 (2017) A F65 | 1 pages |
| ● | Link uses general text like 'Click Here' with no surrounding text explaining link purpose. | WCAG 2.0 A F63<br>Section 508 (2017) A F63 | 3 pages |
| ● | PDFs must be tagged to be accessible by screen readers. | WCAG 2.0 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 5 pages |
| ● | Some pages have the same `title`, so the title cannot be used to distinguish pages. | WCAG 2.0 A F25<br>Section 508 (2017) A F25 | 36 pages |
| ● | This form control has a blank label or title. | WCAG 2.0 A F68<br>Section 508 (2017) A F68 | 1 pages |
| ● | This form control has no `label` and no programmatically determined name. | WCAG 2.0 A F68<br>Section 508 (2017) A F68 | 1 pages |
| ● | This `input` button has no `value` attribute and no programmatically determined name. | WCAG 2.0 A F68<br>Section 508 (2017) A F68 | 1 pages |
| ● | This page has duplicate IDs which cause problems in screen readers. | WCAG 2.0 A F77<br>Section 508 (2017) A F77 | 23 pages |
| ● | This page has markup errors, causing screen readers to miss content. | WCAG 2.0 A F70<br>Section 508 (2017) A F70 | 24 pages |
| ● | This page uses nested tables, which do not make sense when read in a screen reader. | WCAG 2.0 A F49<br>Section 508 (2017) A F49 | 96 pages |
| ● | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | WCAG 2.0 A F2<br>Section 508 (2017) A F2 | 1 pages |
| ● | Use the `lang` attribute to identify the language of the page. | WCAG 2.0 A 3.1.1<br>Section 508 (2017) A 3.1.1 | 102 pages |
| ● | Using `alt` text which duplicates link text in the same link or the following link results in screen readers stuttering as the same text is read out twice. | WCAG 2.0 A H2<br>Section 508 (2017) A H2 | 2 pages |
| ● | Using the same `alt` text on adjacent images results in screen readers stuttering as the same text is read out twice. | WCAG 2.0 A 1.1.1<br>Section 508 (2017) A 1.1.1 | 1 pages |

| Prio Description and URL | Guideline and Line# | Count |
|---|---|---|

## Level AA

2 issues on 59 pages

| | | |
|---|---|---|
| ◐ Headings should not be empty. | WCAG 2.0 AA G130<br>Section 508 (2017) AA G130 | 57 pages |
| ◐ The CSS outline or border style on this element makes it difficult or impossible to see the dotted link focus outline. | WCAG 2.0 AA F78<br>Section 508 (2017) AA F78 | 2 pages |

## Level AAA

5 issues on 102 pages

| | | |
|---|---|---|
| ◑ Avoid specifying a new window as the target of a link with `target=_blank`. | WCAG 2.0 AAA F22 | 96 pages |
| ◑ Each section of content should begin with a heading element (`h1`, `h2`, `h3`), but this page has no headings. | WCAG 2.0 AAA 2.4.10 | 37 pages |
| ◑ Link uses general text like 'Click Here' which doesn't explain link purpose. | WCAG 2.0 AAA F84 | 3 pages |
| ◑ Many people with cognitive disabilities (including dyslexia) find text styled with `text-align:justify` hard to read. | WCAG 2.0 AAA F88 | 1 pages |
| ◑ Several links on a page share the same link text, but go to different destinations. | WCAG 2.0 AAA 2.4.9 | 3 pages |

This tab shows pages that exhibit browser-specific behavior, or trigger browser bugs.

| Browser | IE | Edge | Firefox | Safari | Opera | Chrome | iOS | | Android | | Key |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Version | 11 | 18 | 69 | 13 | 60 | 77 | ≤ 11 | 12 | 13 | ≤ 3 | 4* | |
| Critical Issues | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● Missing content or functionality |
| Major Issues | ◐ | | | ◐ | | | | | | | | ◐ Major layout or performance problems |
| Minor Issues | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ Minor layout or performance problems |

* Most Android devices from 4.4 onwards use Chrome as the default browser, older versions use the original Android stock browser

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 1

3 issues on 22 pages

| | Binary element behaviors are not supported by IE11 or later. | Internet Explorer ≥ 11 | 1 pages |
|---|---|---|---|
| ● | CSS expressions are only supported by Internet Explorer. | Edge Internet Explorer ≥ 8 Firefox Safari iPhone/iPad Chrome Opera Android | 2 pages |
| ● | Internet Explorer, Chrome and Firefox display a security warning when a secure https: web page includes http: content. | Edge Internet Explorer Chrome Firefox ≥ 3 | 20 pages |

## Priority 2

3 issues on 4 pages

| ◐ | The CSS filter: property is not supported by some browsers. | Internet Explorer Safari | 3 pages |
|---|---|---|---|
| ◐ | The CSS star filter no longer works in IE7 or later. | Internet Explorer ≥ 7 | 3 pages |
| ◐ | | Internet Explorer ≤ 11 | 1 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|------|---------------------|---------------------|-------|
| | The display: flex CSS property does not work correctly in some browsers. | | |

## Priority 3

4 issues on 100 pages

| | Description | Guideline | Count |
|---|---|---|---|
| ◐ | DirectX filters are not supported by IE10 or later. | Internet Explorer ≥ 10 | 2 pages |
| ◐ | The doctype of this page triggers limited quirks mode in Chrome, IE, Firefox and most other browsers. This means pages may look different in different browsers. | Internet Explorer ≥ 6 Edge Firefox Safari Opera Chrome iPhone/iPad Android | 97 pages |
| ◐ | The -moz-border-radius: CSS property is not supported in Firefox 13 or later. | Firefox ≥ 13 | 1 pages |
| ◐ | The position:sticky CSS property is only supported by Firefox 32 and Safari 6.1. | Chrome Edge Internet Explorer Opera Android | 1 pages |

This tab shows pages that do not comply with W3C standards.

⊗ **W3C HTML/XHTML Validation - Some pages fail validation.**

⊗ **W3C CSS Validation - Some pages fail validation.**

✓ **W3C Deprecated Features - No issues found.**

| Prio Description and URL | Guideline and Line# | Count |
|---|---|---|

## Priority 1

66 issues on 215 pages

| | Description | Guideline | Count |
|---|---|---|---|
| ● | An attribute value must be a literal unless it contains only name characters. | HTML Validation | 208 pages |
| ● | Character `&` is the first character of a delimiter but occurred as data. | HTML Validation | 208 pages |
| ● | CSS Validation Error. | CSS Validation | 3 pages |
| ● | `DOCTYPE` declaration not allowed in instance. | HTML Validation | 10 pages |
| ● | Document type does not allow element `center` here; missing one of `object`, `applet`, `map`, `iframe`, `button`, `ins`, `del` start-tag. | HTML Validation | 5 pages |
| ● | Document type does not allow element `div` here; missing one of `object`, `applet`, `map`, `iframe`, `button`, `ins`, `del` start-tag. | HTML Validation | 208 pages |
| ● | Document type does not allow element `html` here. | HTML Validation | 10 pages |
| ● | Document type does not allow element `link` here. | HTML Validation | 2 pages |
| ● | Document type does not allow element `style` here. | HTML Validation | 2 pages |
| ● | Document type does not allow element `td` here; assuming missing `tr` start-tag. | HTML Validation | 169 pages |
| ● | Document type does not allow element `tr` here; assuming missing `table` start-tag. | HTML Validation | 208 pages |
| ● | Duplicate specification of attribute `cellpadding`. | HTML Validation | 3 pages |
| ● | Element `head` is missing one or more required child elements. | HTML5 | 1 pages |
| ● | End tag for `a` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 8 pages |
| ● | | HTML Validation | 9 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | End tag for `area` omitted, but OMITTAG NO was specified start tag was here. | | |
| ● | End tag for `br` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 208 pages |
| ● | End tag for `center` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 5 pages |
| ● | End tag for `div` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 4 pages |
| ● | End tag for element `div` which is not open. | HTML Validation | 4 pages |
| ● | End tag for element `form` which is not open. | HTML Validation | 4 pages |
| ● | End tag for element `table` which is not open. | HTML Validation | 4 pages |
| ● | End tag for element `td` which is not open. | HTML Validation | 4 pages |
| ● | End tag for element `tr` which is not open. | HTML Validation | 4 pages |
| ● | End tag for `form` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 4 pages |
| ● | End tag for `head` which is not finished. | HTML Validation | 5 pages |
| ● | End tag for `img` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 208 pages |
| ● | End tag for `param` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 1 pages |
| ● | End tag for `table` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 208 pages |
| ● | End tag for `td` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 208 pages |
| ● | End tag for `tr` omitted, but OMITTAG NO was specified start tag was here. | HTML Validation | 208 pages |
| ● | End tag for `tr` which is not finished. | HTML Validation | 208 pages |
| ● | ID `1` already defined ID `1` first defined here. | HTML Validation | 208 pages |
| ● | ID `divAnnouncementDescriptionContainer` already defined ID `divAnnouncementDescriptionContainer` first defined here. | HTML Validation | 3 pages |
| ● | ID `divAnnouncementImageAndDescriptionContainer` already defined ID `divAnnouncementImageAndDescriptionContainer` first defined here. | HTML Validation | 3 pages |
| ● | ID `divAnnouncementItemTemplate` already defined ID `divAnnouncementItemTemplate` first defined here. | HTML Validation | 3 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ● | ID divAnnouncementSeperator already defined ID divAnnouncementSeperator first defined here. | HTML Validation | 3 pages |
| ● | ID divAnnouncementTiming already defined ID divAnnouncementTiming first defined here. | HTML Validation | 3 pages |
| ● | ID divAnnouncementTitleContainer already defined ID divAnnouncementTitleContainer first defined here. | HTML Validation | 3 pages |
| ● | ID divEmailImage already defined ID divEmailImage first defined here. | HTML Validation | 208 pages |
| ● | ID divPhoneNumber already defined ID divPhoneNumber first defined here. | HTML Validation | 208 pages |
| ● | ID HomePageGalleryWrapper already defined ID HomePageGalleryWrapper first defined here. | HTML Validation | 169 pages |
| ● | ID tblAnnouncementItemTemplate already defined ID tblAnnouncementItemTemplate first defined here. | HTML Validation | 3 pages |
| ● | ID tblAnnouncementTitle already defined ID tblAnnouncementTitle first defined here. | HTML Validation | 3 pages |
| ● | ID tdAnnouncementContent already defined ID tdAnnouncementContent first defined here. | HTML Validation | 3 pages |
| ● | ID tdAnnouncementIconImage already defined ID tdAnnouncementIconImage first defined here. | HTML Validation | 3 pages |
| ● | ID tdAnnouncementTitle already defined ID tdAnnouncementTitle first defined here. | HTML Validation | 3 pages |
| ● | ID tdPhoneNumber already defined ID tdPhoneNumber first defined here. | HTML Validation | 208 pages |
| ● | ID trRestaurantContactUsEmail already defined ID trRestaurantContactUsEmail first defined here. | HTML Validation | 208 pages |
| ● | Invalid CSS color value. | CSS Validation | 1 pages |
| ● | Invalid value for CSS property. | CSS Validation | 3 pages |
| ● | Required attribute alt not specified. | HTML Validation | 209 pages |
| ● | Required attribute content not specified. | HTML Validation | 165 pages |
| ● | Required attribute type not specified. | HTML Validation | 8 pages |
| ● | Too few values for CSS property. | CSS Validation | 2 pages |
| ● | Too many values for CSS property. | CSS Validation | 2 pages |
| ● | Value of attribute id invalid: 0 cannot start a name. | HTML Validation | 17 pages |
| ● | Value of attribute id invalid: 1 cannot start a name. | HTML Validation | 208 pages |
| ● | Value of attribute id invalid: 2 cannot start a name. | HTML Validation | 10 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ● | Value of attribute `id` invalid: `3` cannot start a name. | HTML Validation | 12 pages |
| ● | Value of attribute `id` invalid: `4` cannot start a name. | HTML Validation | 13 pages |
| ● | Value of attribute `id` invalid: `5` cannot start a name. | HTML Validation | 24 pages |
| ● | Value of attribute `id` invalid: `6` cannot start a name. | HTML Validation | 10 pages |
| ● | Value of attribute `id` invalid: `7` cannot start a name. | HTML Validation | 9 pages |
| ● | Value of attribute `id` invalid: `8` cannot start a name. | HTML Validation | 11 pages |
| ● | Value of attribute `id` invalid: `9` cannot start a name. | HTML Validation | 17 pages |
| ● | Value of attribute `shape` cannot be `RECT`, must be one of `rect`, `circle`, `poly`, `default`. | HTML Validation | 4 pages |

## Priority 2

17 issues on 208 pages

| | Description | Guideline | Count |
|---|---|---|---|
| ◔ | There is no attribute `aria-describedby`. | HTML Validation | 208 pages |
| ◔ | There is no attribute `aria-label`. | HTML Validation | 208 pages |
| ◔ | There is no attribute `async`. | HTML Validation | 1 pages |
| ◔ | There is no attribute `autocomplete`. | HTML Validation | 1 pages |
| ◔ | There is no attribute `background`. | HTML Validation | 7 pages |
| ◔ | There is no attribute `crossorigin`. | HTML Validation | 1 pages |
| ◔ | There is no attribute `CurPage`. | HTML Validation | 2 pages |
| ◔ | There is no attribute `data-fbcssmodules`. | HTML Validation | 1 pages |
| ◔ | There is no attribute `data-role`. | HTML Validation | 208 pages |
| ◔ | There is no attribute `data-transition`. | HTML Validation | 208 pages |
| ◔ | There is no attribute `gapi_processed`. | HTML Validation | 1 pages |
| ◔ | There is no attribute `height`. | HTML Validation | 208 pages |
| ◔ | There is no attribute `icobalt`. | HTML Validation | 8 pages |
| ◔ | There is no attribute `name`. | HTML Validation | 9 pages |
| ◔ | There is no attribute `property`. | HTML Validation | 3 pages |
| ◔ | There is no attribute `TotalFiles`. | HTML Validation | 2 pages |
| ◔ | There is no attribute `TotalPages`. | HTML Validation | 2 pages |

| Prio | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 3

1 issues on 1 pages

| | Property doesn't exist in CSS. | CSS Validation | 1 pages |
|---|---|---|---|

## Informative

These messages are for information only and do not indicate errors

| | CSS hack or vendor extension used. | CSS Validation | 6 pages |
|---|---|---|---|
| | Property or at-rule is vendor specific. | CSS Validation | 8 pages |

This tab shows an inventory of all pages, images and resources.

| Type | URL | Description |
|---|---|---|
| **Pages** | | |
| HTML | 169 pages | HTML pages |
| ASP | 0 pages | Classic ASP dynamic pages |
| ASPX | 59 pages | ASP.NET dynamic pages |
| PHP | 0 pages | PHP dynamic pages |
| Other | 0 pages | Other dynamic pages |
| **Images** | | |
| GIF | 97 images | GIF images |
| PNG | 113 images | PNG images |
| JPEG | 181 images | JPEG images |
| SVG | 2 images | SVG images |
| Other | 0 images | Other image types |
| **Misc** | | |
| CSS | 10 files | Cascading Style Sheets |
| JavaScript | 27 files | JavaScript files |
| PDF | 6 files | Adobe Acrobat PDFs |
| Flash | 0 files | Adobe Flash SWF movies |
| Feeds | 0 feeds | RSS feeds and XML sitemaps |
| Other | 7 files | Other file types |
| **Links** | | |
| Offsite | 42 links | Links to other sites and pages outside the scan |