```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  LESHAWN TOUNG,

                                   Plaintiff,           **ORDER SCHEDULING**
                                                    **SETTLEMENT CONFERENCE**
            -against-

                                                           22-CV-5949 (JPO)
  WISH GROUP 1, LLC,

                                 Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

 A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Wednesday, October 11, 2023 at 10:00 a.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **October 4, 2023 by 5:00 p.m.**

        SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge