UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN YOUNG, on behalf of herself and all other persons similarly situated,<br><br>                      Plaintiffs,<br><br>            -against-<br><br>WSH GROUP 1, LLC,<br><br>                      Defendant. | 22-CV-05949 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated:  July 21, 2023
          New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge