```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  LESHAWN YOUNG,

                                    Plaintiff,                   **ORDER ADJOURNING**
                                                                        **SETTLEMENT CONFERENCE**

              -against-

                                                                              **22-CV-5949 (JPO)**

  WISH GROUP 1, LLC,

                                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Notice of Settlement filed on September 19, 2023 (doc. no 33) the Case Management Conference currently scheduled for **October 11, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: September 20, 2023
       New York, New York

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge